No. 3. COLUMBIA-DESCHUTES POWER CO. v. STRICKLIN, STATE ENGINEER. Motion to dismiss argued October 10, 1933. Decided October 16, 1933. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction, upon the ground that the application for allowance of the appeal was not made within the time provided by law. Section 8 (a), Act of February 13, 1925 (c. 229, 43 Stat. 936, 940; U.S. Code, Title 28, § 350). *Mr. Willis S. Moore,* Assistant Attorney General of Oregon, with whom *Mr. I. H. Van Winkle,* Attorney General, and *Mr. Alfred E. Clark,* Assistant Attorney General, were on the brief, for appellee, in support of the motion. *Mr. Arthur L. Veazie,* for appellant, in opposition thereto.

No. 6, original. LOUISIANA v. MISSISSIPPI. October 16, 1933. Order entered approving and adopting the report of Samuel S. Gannett, commissioner, showing the work done, time employed, and expenses incurred by him in running, locating, and marking the boundary line between the two States, as directed by the decree of April 13, 1931, 283 U.S. 793; approving the action of the two States in paying the expenses incurred by the commissioner; and fixing the compensation of the commissioner, to be paid by the two States in equal shares. For the opinion in this case, see 282 U.S. 458.